IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 8 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02004-OES

JAMES CREED BUCKMAN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
INDEPENDENCE HOUSE NORTH,

    Defendants.

---

**ORDER**

---

On December 1, 2005, Plaintiff filed a Letter with the Court asking whether the monthly filing fee payment is twenty percent of his pay for the month or if the twenty percent is figured on his account balance after he has made his restitution payment for the month.

Pursuant to 28 U.S.C. § 1915(b)(2)

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

Accordingly, it is

ORDERED that Plaintiff is required to make the twenty percent monthly payments based on the preceding month's **income** credited to his account.

DATED at Denver, Colorado, this ___8___ day of ___December___, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02004-OES

James C. Buckman
Prisoner No. 52384
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _12-5-05_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk